# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLENNIE DEE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-00585-LCB-SGC |
| JOHN HAMM, *et al*., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on July 1, 2022, recommending the dismissal of this action without prejudice for failure to pay the filing fee under the "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 3). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter is due to be dismissed for failure to pay the filing fee under 28 U.S.C. § 1915(g).

A final judgment will be entered.

**DONE** and **ORDERED** July 28, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE